THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FLOYD BRENNECKE, Defendant-Appellant.

(No. 72-99;

Second District—September 20, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Linda West Conley, of Chicago, for appellant.

William J. Cowlin, State's Attorney, of Woodstock, (John D. Gorby, Assistant State's Attorney, of counsel,) for the People.